1

2

3

4

5

6

7

Honorable Barbara J. Rothstein

8

9

10

UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WASHINGTON

SEATTLE DIVISION

11

12

13

14

15

16

ALLIED BIOSCIENCE, INC., a Nevada corporation,

Plaintiff,

v.

CRAIG GROSSMAN, an individual,

Defendant.

Case No. 2:20-cv-01650-BJR

ORDER APPROVING STIPULATED MOTION FOR EXTENSION OF TIME

17

18

        The Court, having considered the parties' Stipulated Motion for Extension of Time, and

finding good cause, hereby orders as follows:

19

        1.  The parties will exchange Initial Disclosures by January 28, 2021; and

20

        2.  The parties will file the Joint Status Report by February 11, 2021

21

DATED this 7th day of December, 2020.

22

BY THE COURT:

23

24

25

_____

Hon. Barbara J. Rothstein
United States District Court Judge

26